IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KENNETH RICHARD DUNAVIN**                          **PLAINTIFF**

V.                    NO. 3:22-cv-189-DPM-ERE

**DOES and
SUSAN DUFFEL**                                            **DEFENDANTS**

## ORDER

On August 26, 2022 mail sent to Plaintiff Kenneth Richard Dunavin from the Court was returned as undeliverable with the notation "not at this address." *Doc. 11*.

Mr. Dunavin has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 2*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Dunavin regarding this lawsuit.

If Mr. Dunavin wants to pursue this case, he must notify the Court of his current address within 30 days. Failure to comply with this Order is likely to result in the dismissal of this lawsuit.

IT IS SO ORDERED this 29th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE