IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KENNETH RICHARD DUNAVIN                                          PLAINTIFF

v.                           No. 3:22-cv-189-DPM

DOES, Poinsett County Jail; "Quade",
Guard, Jonesboro; "Tabatha", Guard;
SUSAN DUFFEL, Nurse, Poinsett County                            DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Dunavin hasn't notified the Court of his current address and the time to do so has passed. *Doc. 12.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 October 2022