# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**KENNETH RICHARD DUNAVIN**                                                        **PLAINTIFF**

**v.**                                        **No. 3:22-cv-189-DPM**

**DOES, Poinsett County Jail; "Quade",**
**Guard, Jonesboro; "Tabatha", Guard;**
**SUSAN DUFFEL, Nurse, Poinsett County**                        **DEFENDANTS**

## JUDGMENT

Dunavin's complaint is dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

3 October 2022